**Order issued December 1, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

**No. 05-14-00561-CR**

---

**PATRICK LEE BULLOCK, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

## O R D E R

Before Chief Justice Wright and Justices Fillmore and Stoddart

Based on the Court's opinion of this date, we **GRANT** the November 11, 2014 motion of Lara E. Bracamonte for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Lara E. Bracamonte as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Patrick Lee Bullock, TDCJ No. 1925912, Stevenson Unit, 1525 FM 766, Cuero, Texas, 77954.

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE